**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2261**

ERIC ALAN SANDERS,

Plaintiff - Appellant,

v.

FAMILY DOLLAR STORES, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. J. Michelle Childs, District Judge. (0:15-cv-00586-JMC)

Submitted: March 10, 2020                    Decided: March 12, 2020

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric Alan Sanders, Appellant Pro Se. Zachary L. Weaver, GALLIVAN, WHITE & BOYD, PA, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Alan Sanders appeals the district court's orders denying his Fed. R. Civ. P. 60(b) motion and denying his motion for recusal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sanders v. Family Dollar Stores, Inc.*, No. 0:15-cv-00586-JMC (D.S.C. Oct. 28, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*